UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                              Case No. 21-30563
                                              Originating No. 3:21-cr-91

**DIMETRI ALEXANDER SMITH**

        a/k/a "Metri",

    Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **DIMETRI ALEXANDER SMITH,** to answer to charges pending in another federal district, and states:

    1.  On **December 1, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Southern District of Iowa based on a Superseding Indictment**. **Defendant is charged in that district with a violation of 18 U.S.C. §2 and 1959(a)(3)- Assault with a Dangerous Weapon in Aid of Racketeering; 18 U.S.C. §2 and 18 U.S.C §1951(a)- Interference with Commerce by Robbery; 18 U.S.C. § and 18 U.S.C. §924(c)(1)(A)- Use and Carry a Firearm During and in Relation to a Crime of Violence.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

    Respectfully submitted,

    SAIMA S. MOHSIN
    Acting United States Attorney

    s/Susan Fairchild
    Assistant U.S. Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI 48226
    susan.fairchild@usdoj.gov
    (313) 226-99577

Dated: December 1, 2021